IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ZACHARY BOUVIER TAYLOR, ) | |
| ) | |
|    Petitioner, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 2:15cv343-MHT |
| ) | (WO) |
| WARDEN WALTER BERRY and ) | |
| SAM OLENS, Attorney ) | |
| General for the State of ) | |
| Georgia, ) | |
| ) | |
|    Respondents. ) | |

ORDER

After an independent and de novo review of the record, including the objection of the petitioner, it is ORDERED as follows:

(1) The petitioner's objection (doc. no. 3) is overruled.

(1) The magistrate judge's recommendation (doc. no. 2) is adopted.

(2) This case is transferred to the United States District Court for the Middle District of Georgia.

**The clerk of the court is to take appropriate steps to effect the transfer.**

**This case is closed in this court.**

**DONE, this the 13th day of July, 2015.**

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**